# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC EMERSON

NO. 2024 KW 0128

**APRIL 19, 2024**

---

In Re:    Cedric Emerson, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          38852.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.** This court will not intervene in a proceeding
where the applicant has not allowed sufficient time for the
trial court to respond prior to filing the application for
supervisory writs.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT